# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MAX P. EUGENE,

      Petitioner,

v.                                  CASE NO. 4:08cv346-RH/WCS

ERIC H. HOLDER, JR., et al.,

      Respondents.

_____/

## ORDER GRANTING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 17). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The petition under 28 U.S.C. § 2241 is GRANTED. The respondents

must immediately release the petitioner on conditions of supervision under 8 U.S.C. § 1231(a)(3).  The clerk must close the file.

    SO ORDERED on April 2, 2009.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge